UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY,<br><br>Petitioner,<br>     v.<br><br>JOE LIZARRAGA,<br><br>Respondent. | Case No. 3:14-cv-05643-RJB<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 13), and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation (Dkt. 13);

(2)   The Court dismisses this action without prejudice on petitioner's motion.

DATED this 16th day of March, 2015.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1